Goodrich. J. Stuart, for appellant. J. W. Hutchinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BULLENKAMP, Appellant, v. BULLENKAMP, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Mary Bullenkamp against Annie Bullenkamp. No opinion. Motion granted. See 54 N. Y. Supp. 482; 60 N. Y. Supp. 84; 65 N. Y. Supp. 99.

BURTON, Respondent, v. BURTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Isabella M. Burton against J. Howard Burton. No opinion. Judgment and order affirmed by default, with costs.

BUSH, Respondent, v. COLER et al., Appellants. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by Irving T. Bush against Bird S. Coler and Franklin Bien. F. Bien, for appellants. S. V. Beckwith, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 53 N. Y. Supp. 679; 64 N. Y. Supp. 1133.

CANFIELD, Respondent, v. FALLON et al., Respondents (GULBRANDSEN et al., Appellants). (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Isaac B. Canfield against Andrew X. Fallon and another, executors, etc., and Catharine E. Gulbrandsen and others.

PER CURIAM. Motion granted, and order on remittitur amended, so as to allow one bill of costs to the respondents other than those represented by the guardian ad litem, and a separate bill of costs to the guardian ad litem. See 57 N. Y. Supp. 149; 60 N. Y. Supp. 1134.

HIRSCHBERG, J., taking no part.

CANNON, Respondent, v. ARMOUR, Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by John E. Cannon against P. D. Armour. P. B. Adams, for appellant. E. Swan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CARPENTER, Respondent, v. TURK, Appellant. (Supreme Court, Appellate Term. July 11, 1900.) Action by Georgiana Carpenter against Robert L. Turk. From a judgment in favor of plaintiff, defendant appeals. Reversed. E. H. Murphy, for appellant. G. W. Galinger, for respondent.

DUGRO, J. On December 12th the plaintiff wrote defendant, in substance, that she believed that the balance due her on her account was $14.50. This was, in substance, a statement by her memory of the account as it was on the date referred to. Upon the trial plaintiff failed, though interrogated about it, to explain the letter. In February defendant sent plaintiff $25, and satisfactorily explained why he sent it. In view of the evidence referred to, the judgment should have been in favor of the defendant. The plaintiff certainly did not prove her case by a fair preponderance of evidence. I believe that the judgment should be reversed, with costs.

TRUAX, P. J., concurs.

CARSON, Respondent, v. PRESS CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1900.) Action by Robert Carson, an infant, by David P. Carson, guardian, against the Press Company. No opinion. Judgment and order affirmed, with costs. See 60 N. Y. Supp. 1134.

CHAINLESS CYCLE MFG. CO., Respondent, v. SECURITY INS. CO. OF NEW HAVEN, CONN., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1900.) Action by the Chainless Cycle Manufacturing Company against the Security Insurance Company of New Haven, Conn. No opinion. Motion for reargument denied, with $10 costs. See 64 N. Y. Supp. 1060.

CHASE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by John O. Chase, by his guardian ad litem, Edwin W. Montgomery, against the Lehigh Valley Railroad Company. No opinion. Order affirmed, with costs.

CHURCH, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 5, 1900.) Action by George W. Church against Elizabeth Walsh and others.

PER CURIAM. We are not prepared to say that the appeal was not taken in time. It must be heard, however, upon the papers recited in the order appealed from. The affidavit in opposition to this motion indicates that the judge at special term was particularly careful in respect to the recitals in the resettled order, and that the papers mentioned therein were actually used and considered in the determination made by him. Application to be relieved from printing certain papers on appeal denied.

CHURCH, Appellant, v. WALSH et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by George W. Church against Elizabeth Walsh and others. No opinion. Motion to dismiss appeal from judgment denied, without costs. Motion to dismiss appeal from order denied, without costs.

CLARE, Respondent, v. ADAMS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by John Clare against Lucius F. Adams and another. No opinion. Judgment affirmed, with costs.

In re CLARK. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) In the matter of the application of Henry R. Clark. No opinion. Order affirmed, with $10 costs and disbursements.